UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MICHAEL GOODWIN, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) CASE NO. 4:19CV1893 HEA |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Respondent. | ) |

**OPINION, MEMORANDUM AND ORDER**

This matter is before the Court on Petitioner's Motion for Reconsideration, [Doc. No. 25]. For the reasons set forth below, the Motion is denied.

On February 16, 2021, the Court entered its Opinion, Memorandum and Order denying Petitioner's Petition for Writ of Coram Nobis. Judgment was entered that same date. Petitioner now seeks reconsideration of the Opinion.

**Discussion**

Rule 59 motions serve the "limited function" of correcting "manifest errors of law or fact or to present newly discovered evidence," and cannot be used to "introduce new evidence, tender new legal theories, or raise arguments which could have been offered or raised prior to entry of judgment." *United States v. Metro. St. Louis Sewer Dist.*, 440 F.3d 930, 933 (8th Cir. 2006) (internal quotations and citations omitted). It is improper to bring a Rule 59 motion in order to "repeat[

] arguments the district court had already rejected" in the order Petitioner is asking to be altered or amended. *Preston v. City of Pleasant Hill*, 642 F.3d 646, 652 (8th Cir. 2011).

In its February 16, 2021 Opinion, the Court articulated its reasons for denying Petitioner's request for the Writ.  Petitioner again argues the same bases for his petition and has presented nothing new establishing manifest errors of law or fact, nor does he present newly discovered evidence that he could not have presented originally.

Accordingly,

**IT IS HEREBY ORDERED** that Petitioner's Motion for Reconsideration, [Doc. No. 25], is  **DENIED**.

Dated this 24th day of March, 2021.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE